IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KRISTY OWEN, | ) | Case No. 4:06 cv 3118 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER FOR ENLARGEMENT OF TIME |
| | ) | |
| JOHN LOEBIG, in his individual and official capacities, and ROBIN ELLIOTT, in his individual and official capacities, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER comes before the Court on Plaintiff's Motion for Enlargement of Time to Submit Brief Opposing Defendants' Motion for Summary Judgment (Filing No. 19). The Court, being fully advised in the premises, finds that the Motion should be, and hereby is, granted.

IT IS THEREFORE ORDERED that Plaintiff is given until November 20, 2006, to submit her Brief in Opposition to Defendants' Motion for Partial Summary Judgment.

October 19, 2006.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge