IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KRISTY OWEN, | ) | 4:06CV3118 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| JOHN LOEBIG, in his individual and official capacities, and ROBIN ELLIOT, in his individual and official capacities, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the parties' joint stipulation (filing 35) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs.

June 13, 2007.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge